**FILED**
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

................................:
ZACK McCain III, and on behalf of :
all those similarly situated.     :
                                  :
   Plaintiff.                     :   CIVIL ACTION NO. 06 1701
                                  :
vs.                               :   CLASS ACTION
                                  :
UNITED STATES OF AMERICA, Et,al   :
                                  :
   Defendants.                    :
................................:

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to Title 28 United States Codes, Section 1915. Plaintiff request that this Court request that Counsel be appointed. Plaintiff claims questions the Constitutionality of a Historical Civil Rights Statue, that the plaintiff points out flaws in.

Counsel is warranted due to this being a Class Action. Which Attorney have more resources to research issues of law than the plaintiff. Plaintiff lives in a town that doesn't have a place to go to research relevant case law, by a ordinary citizen acting Pro se.

Plaintiff believes his case has substance to it, and deserve Counsel to facilitate the Court process.

ZACK MCCAIN-Phone #405-224-0830
816 WEST NEVADA
CHICKASHA, OKLAHOMA 73018

3