IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ZACK McCain, III and on behalf of all those similarly situated.

    Plaintiff

vs.

United States of America; Equal Employment Opportunity Commission; Oklahoma Human Rights Commissioner; Sued Officially of their Respective Entities.
    Defendants.

CIVIL ACTION **061701-RJL**

**CLASS ACTION**

**AMENDED COMPLAINT**

## PRELIMINARY STATEMENTS

This is an amended Civil Action being commenced by an African American citizen, by Class Action, on behalf of a Class of all those similarly situated, Challenging the Constitutionality of subsection e(b) of Title 42 U.S.C. 2000 of the 1964 Civil Rights Act, which excludes all Employers from the coverage of the Act, (Small Businesses that effect commerce) who have less than 15 employees, and gives a escape clause to those who choose to continue the "good old Boy System," and further racism and discriminatory treatment within a working environment, and makes a sham out of the Act, thereby violating several fundamental rights and other Constitutional protection of the Plaintiff and Class. Plaintiff and Class seeks Judicial Review of the Constitutionality of Subsection e (b) of the Act, under Title 5 United States Codes, Section 702.

## JURISDICTION

1. This Court Jurisdiction is invoked under Title 28 United States Codes, Section 1331.

1

## PARTIES

2. Plaintiff is the representative of the Class, and he resides at 816 West Nevada Chickasha, Oklahoma 73018.

3. Class of citizens is located throughout the United States and its territories, which choose to work for a small businesses.

4. United Sates of America (Hereinafter US) is responsible for all Federal Laws that are signed into Law, by President George W. Bush, and any of his predecessors or successors. He's the Chief Executive Officer of the United States, and of the Executive Branch of the United States. He's under **Oath** to uphold the United States Constitution. He's located at 1600 Pennsylvania Ave, N.W. WASHINGTON, D.C. 20507.

5. Equal Employment Opportunity Commissioner (Hereinafter EEOC) is a Agency under the US-Executive Branch and Ms. Carrie Deominguez is the chair person of this Agency. It enforces antidiscrimination laws against Employers with 15 or more employees for each working day in each of the twenty or more calendar weeks in the current or preceding calendar year. She's also under **Oath** to uphold the United States Constitution. She's located at 1800 L. Street, N.W. WASHINGTON D.C. 20507.

6. Oklahoma Human Rights Commissioner (Hereinafter OHRC) policies and laws, under the Supremacy Clause of the United States Constitution, mirrors the EEOC Employment anti-discrimination laws and requirements. The two has a work share agreement. Chairman of this Agency is Keith Mcartor, under Brad Henry who's the Oklahoma State Chief Executive Officer for the State, through the State Executive Branch. He's also under **Oath** to uphold the United States Constitution. He's located at 2300 N. Lincoln Blvd, OKLAHOMA CITY, OKLAHOMA 73105-4904

## **CLASS ACTION ALLEGATIONS**

7. This action is brought, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and on behalf of the Plaintiff and Class of all those similarly situated, who are either now, or in the future will be subjected to discriminatory treatment either on the account of their race, color, religion, sex, or national origin (Excluding by terms the US, a corporation wholly owned by the United States Government, and Indian Tribes, or any department or Agency of the District of Columbia, or a bonifide membership club(Other than a Labor Organization). And sought relief through the EEOC or OHRC (or such State respective Agency that handles such matters) and was turned away as result of their respective employers not having 15 or more employees for each working day in each of the twenty or more calendar weeks in the current or preceding calendar year, or any agent of such employer that effect commerce. Insofar, such person numbers are exhaustive at a minimum of 300,000 or more people, and therefore, are so numerous as to make it impractical to bring them all before the court. There are questions of law and fact presented herein, which are common to the entire class of persons that are represented by the plaintiff, and the claim the plaintiff setforth, are typical of the claims of all members of the class. Plaintiff is qualified to , and will fairly and adequately protect the Interest of each and all of the members of the class.

8. At all times relevant to this complaint, defendants either acts jointly or directly under the color Of federal law.

## **"FACTS"**

9. On July 2, 1964, President Johnson signed into law Title VII, of the Civil Rights Act of 1964, which was amended through the next few decades to provide extra protection for victims of discrimination, among other things.

10. Subchapter e(b)of Title 42 U.S.C. 2000 states "employer means a person in an industry effecting commerce who has fifteen or more employees for each working day in twenty or more calendar weeks in the current or preceding calendar and any agent of such a person."

11. Subchapter e(b) above is the subject of this suit.

12. On or about April 5, 2006 plaintiff begin working for the Chickasha SOD&GRASS Farm, and begin laying grass around a baseball field that was being constructed behind the Chickasha Super Wal-Mart.

13. Jerry(White male), Supervisor, jokingly used the "n" word as he shared his story of being mistaken as a n_ gger while he frequent a local club with other blacks during admissions, which discourage him from returning, to other non-black employees.

14. Plaintiff asked Jerry to stop using the "word" around him.

15. Jerry stated "Let me stop before someone say I am a racist."

16. Jerry informed the plaintiff that he didn't need him anymore at the end of the day of work.

17. Sometime in April of 2006 plaintiff contacted Charles Morton, EEOC Investigator and requested to file a charge against Jerry at CHICKASHA SOD&GRASS.

18. Mr. Morton stated "How many employees they have?"

19. Plaintiff stated "about six or seven."

20. Charles Morton stated "We don't have jurisdiction if they don't have 15 or more employees."

21. Plaintiff contacted EEOC Headquarters via phone, and spoke with Naomi, Assistant for Ms. Deominuez , inquiring whether the 15 employee requirement was true, before the EEOC could investigate.

22. Ms. Naomi said it was true what Mr. Morton said about the EEOC not having jurisdiction, if the employer had less than 15 employees working them.

23. Plaintiff then thereafter contacted the OHRC, and spoke with Investigator, Tia-Chin-Harrison, inquiring whether or not their policy or laws was similar as it pertains to the 15 or more requirement, before they could initiate a investigation.

24. Tia-Chin-Harrison, advised the plaintiff that it was a requirement the the Employer have a minimum of 15 employees, before they could investigate; And turned the plaintiff away.

25. On information and belief, that Class has been indirectly or directly called a racial slur, or plainly discriminated against on account of their race, sex, national origin, color, or religion, and was unable to file a charge with EEOC(Or State Agency), as result of their employer having less than 15 employees.

26. Plaintiff and Class believes they have an entitlement to investigation and possible findings of discrimination if found by the EEOC, under 1964 Civil Rights, as amended(42 U.S.C. 2000(e).

27. Plaintiff and Class received no adequate notice or hearing thereafter.

28. Chickasha SOD&GRASS goes as far as into Texas to do business, and effect commerce; And plaintiff upon information, and believes that the Class employers does business outside of their States.

29. On or about April 9, 06 plaintiff saw an now hiring sign on Joe's Maytag bill board.

30. Plaintiff went inside and applied, and received an interview on spot with the owner-Joe.

31. Joe stated "What about those people who do not like n_ggers?" during the interview process.

32. Joe later advised the plaintiff that he only says that to black people, not white people.

33. Joe Maytag receives items from Maytag or Whirlpool Manufactures or Distributors, which Primarily are sent to him from another State, whereas he in turn sells for a profit.

34. Such conduct creates risks of discouraging the plaintiff from desiring to secure employment; or The necessary skills to advance him in a career.

35. On information and belief, the class has also been discourage to pursue employment or other skill development programs as result of the past being called the "n" word or plainly discriminated against on the account of their race, sex, color, national origin, religion, disability, or any other protected status.

36. Although, there's other citizens who may file an charge with the EEOC, or their State Human Rights Commission, if they believe they were discriminated against on the account of their race, sex, religion, disability, or any other protected status, and may receive an possible investigation that may reveal Discrimination, and an final finding from the Government Agencies.

37. Plaintiff and Class have no adequate remedy at law, and being irreparably injured by subsection e(b) of Title 42 U.S.C. 2000, unless this court grant him and the class the equitable relief their seeking.

### COUNT-1

38. By U.S. taking authority from the commerce clause of Section 8, and the 5th Amendment of the United States Constitution to create Title VII with subchapter e(b) (42 U.S.C. 2000), that's described in paragraph 10, of the instant complaint, excluding the plaintiff and Class from protections, as result of them working for a employer who had less than 15 employees, but insofar effect commerce, caused the EEOC to act jointly with the OHRC(Or State Human Rights Commission) to refuse to offer their services to possibly initiate a Investigation and enforce their anti-discrimination laws that are under their authority, to the plaintiff and class; Although, affording such services to citizens who work for employers who have 15 or more employees, consequently, depriving the plaintiff and class, from their protection,(without any compelling reasons to justify it,) under the Equal Protection, Due Process Clause of the 5th Amendment(14th for the State) to the United States Constitution.

### COUNT-1(A)

39. By incorporating all statements stated in paragraph 38, and abridging the plaintiff and Class rights to Freedom of Speech, and to petition the Government for a redress of a Grievance, by favoring other citizens same rights, in exchange of them, allowing limitation upon their Federal Rights, thereby, depriving the plaintiff and Class(without any truthful compelling interest to justify it) their protection under the Equal Protection, Due Process Clause of the 5th Amendment(14th for the State) to the United States Constitution.

### COUNT-2

40. By incorporating all statements stated in paragraph 38, 39, as setforth herein, through the enumeration of heir powers, and the plaintiff and Class rights from the United States Constitution , to disparage other Natural rights (to make choices without governmental interference) that the plaintiff and Class possess by making them pick and choose between their Federal Rights and choice of places of employment, to secure finance, and well being,, by manipulating and depriving them of their protection under the 9th Amendment (14th for the State) to the Untied States Constitution.

### COUNT-3

41. By incorporating all statements in paragraph 38, 39, 40, as setforth herein, subsequently, depriving the plaintiff and Class of their property or liberty interest to receive an Investigation, and possible findings of discrimination there from, without a adequate notice or hearing as required by the Due Process Procedural protection, under the 5th Amendment( 14th Amendment for the State) to the United States Constitution.

### COUNT-4

42. By incorporating all statements stated in paragraph 38, 39, 40,41, as setforth herein,, through the enumeration of their powers and the plaintiff and Class rights from the United States Constitution, and permitting Joe May Tag and the Chickasha SOD & Grass Farm to escape the grasp of the Executive Branch of the United States, and States, by setting up an criteria under subsection e(b) 42 U.S.C. 2000 causing the risk of the plaintiff and class becoming discourage from pursuing an better lifestyle with employment and other forms of necessary skills to develop an happier lifestyle, thereby depriving the Plaintiff and Class of their protection under the 9th Amendment to the United States Constitution

**EQUITABLE-RELIEF.**

43. Issue and Injunction Instructing the Chief Executive Officer of the Executive Branch of the U.S. to follow his Oath and veto any Bill that appears to disparage plaintiff or Class Natural Rights, by using the powers that are enumerated in the Constitution to do such, in redrafting of Subsection e(b) Title 42 U.S.C. 2000. Moreover, to take care that the 1964 Civil Rights Act, as amended be faithfully carried out.

44. Issue a Additional Order Instructing the EEOC, and OHRC, agents, and Officials to immediately redraft their regulations and policies that are consistent with this court Order and Judgment to process the plaintiff and class, or any other citizens who have worked for an employer who had lesser than 15 employees and effected interstate commerce, and believed they've been discriminated against by such employer or agent, but was unable to file such a charge in the past ,as an result of their employers having

lesser than the said minimum of employees working for them, and allegations showing a possible violation under the 1964 Civil Rights Act, as amended to be process and investigated as it would've been if there wasn't any mandatory minimum mount of employees an employer must have before the EEOC could've enforce their authority under the Act.

45. Pursuant to Title 28 United States Codes, section 2201, 2202, an Declaratory Judgment stating: United States President signing into law, the 1964 Civil Rights Act, with subsection e(b), as described in the instant case, with good intention, and with the purpose and objective to remove obstacles that were well settled, and opposed ancestors of the plaintiff and class, from living free without encountering pervasive racism and discriminatory treatment on the account of their skin color, or features, but to mistaken further such, or moreover, set an criteria up under subsection e(b), although excluding those who may have enough knowledge to use 42 U.S.C. 1981, without the Executive Branch having any part therein, and leaving those who may not be capable of proceeding under 42 U.S.C. 1981, without an Attorney, at prey to discrimination and racism during an working environment, and which was an miscarriage of justice by our Government.

WHEREFORE, Plaintiff request that this court grant him any appropriate Attorney's Fee's, cost, and any other relief that it deems just.

October 10, 2006

Zack McCain III, Representative
Phone-#405-224-0830
816 WEST Nevada
Chickasha, Oklahoma 73018