UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ZACK MCCAIN, III, and on behalf of all
others similarly situated,

            Plaintiff,                      **APPEARANCE**

v.

UNITED STATES OF AMERICA;        CASE NUMBER: CIVIL ACTION O6-1701 RCL
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION; OKLAHOMA HUMAN
RIGHTS COMMISSIONER sued in their
Official capacity,

            Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Defendant, Oklahoma Human Rights Commissioner**.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 26, 2006<br>Date | s/ Kevin L. McClure<br>**KEVIN L. McCLURE, OBA #12767**<br>Assistant Attorney General<br>Office of Attorney General<br>State of Oklahoma<br>Litigation Section<br>313 N.E. 21st Street<br>Oklahoma City, Oklahoma 73105<br>Tele: (405) 521-4274   Fax: (405) 521-4518<br>kevin_mcclure@oag.state.ok.us |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and served the foregoing document by U.S. Mail, postage prepaid, on the following person who is not a registered participant of the ECF System:

Zack McCain, III
816 West Nevada
Chickasha, OK 73018
Plaintiff *pro se*

                                                            s/ Kevin L. McClure
                                                            Kevin L. McClure