IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

........................................................................

ZACK MCCAIN, III, Et,al

    Plaintiff's

CIVIL ACTION 06/701-RSL

vs.

HUMAN RIGHTS COMMISSION, Et,al

    Defendants

........................................................................


REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO
THE STATE DEFENDANT MOTION TO DISMISS


Plaintiff is in the process of relocation to another area of Chickasha, Oklahoma, and need additional time to respond adequately to the Human Rights Commissioner Motion to Dismiss(State Defendants), as allowed by the District of Columbia Local Rules, and Federal Rules Civil Procedure.

Plaintiff have not attached an memorandum of law in support of his request,

because he brings such request before exceeding the deadline.

CERTIFICATE OF SERVICE AND OR DECLARATION IN SUPPORT
FOR PLAINTIFF REQUEST FOR ENLARGEMENT OF TIME TO RESPOND
TO THE STATE DEFENDANTS MOTION TO DISMISS.

The request for an enlargement of time by the plaintiff Zack McCAIN III, have credence, and an true and exact copy was placed in an United States Postal Mail Box, in an Frank Envelope and addressed as follows to such persons on this 7th day of Novembe

KEVIN L. McClure, OBA 12767
Assistant Attorney General
Office of Attorney General
State of Oklahoma
Litigation Section
313 N.E. 21 st Street
730105
Tele (405) 521-4274

UNITED STATES COURT FOR THE
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE
WASHINGTON D.C., 20534

AND

United States Attorney for the District
Of Columbia at its appropriate address

ZACK MCCAIN III, PRO SE
PHONE NUMBER 405-224-0830
816 WEST NEVADA
CHICKASHA, OKLAHOMA 73018

2