UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACK MCCAIN, III, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1701 (RCL) |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| ) | |
|     **Defendants.** ) | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants United States of America and the U.S. Equal Employment Opportunity Commission, by counsel, respectfully move for an extension of time, to and including January 3, 2007, within which to respond to plaintiff's Complaint. The response to the Complaint in this case is presently due on December 4, 2006. This is the Federal Defendants' first request for an enlargement of time for this purpose. Undersigned counsel spoke with Plaintiff pro se, and he consented to the granting of an additional thirty days for the filing of a response by these defendants.

    Undersigned counsel seeks this additional time in order to complete a dispositive motion responsive to the Complaint. Numerous active cases formerly handled by other attorneys have recently been transferred to undersigned counsel. In addition, undersigned counsel has been assigned four Second Circuit Court of Appeals briefs as part of the Deputy Attorney General's immigration emergency project, two due in November and two due in December. Although, substantial work has been done on federal defendants' dispositive motion, undersigned counsel requests this additional time in order to coordinate the completion of this motion with his responsibilities in other cases.

For the foregoing reasons, the Federal Defendants respectfully request that this motion for an enlargement of time be granted.[1]

Dated: December 1, 2006.

                          Respectfully submitted,

                          ___/s_/_____
                          JEFFREY A. TAYLOR, D.C. BAR #498610
                          United States Attorney

                          __/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR #434122
                          Assistant United States Attorney

                          __/s/_____
                          ALEXANDER D. SHOAIBI, D.C. BAR #423587
                          Assistant United States Attorney
                          5O1 Third Street, N.W., Rm E-4818
                          Washington, D.C.  20530
                          (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  1st  day of December, 2006, I caused the foregoing **Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

        **Zack McCain, III**
        **816 West Nevada Ave.**
        **Chickasha, Oklahoma**

        /s/
        ALEXANDER D. SHOAIBI
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZACK MCCAIN, III,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1701 (RCL) |
| | ) |
| **UNITED STATES OF AMERICA, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**UPON CONSIDERATION** of defendants' motion for enlargement of time, it is hereby

**ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before January 3, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006.