**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ZACK MCCAIN, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-1701 (RCL)** |
| | ) | |
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Defendants United States of America and the Equal Employment Opportunity

Commission have filed a motion to dismiss.  Plaintiff is proceeding *pro se*.  The Court will rule

on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint,

along with his response or opposition to the motion, and the entire record of the case.   If plaintiff

fails to respond to the motion, the Court may assume that the motion is conceded and may grant

the motion and dismiss the case.  *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Accordingly, it is

**ORDERED** that plaintiff shall respond to the defendants' motion to dismiss [13] within

30 days of this Order.  If plaintiff does not respond by that date, the Court may treat the motion

as conceded and enter judgment in favor of defendant.

_____/s/_____
ROYCE C. LAMBERTH
United States District Judge

DATE: February 1, 2007