In the United States District Court
For the District of Columbia

Zack McCain III, et al
Plaintiff's

vs.

United States of America, et al
Defendants

Civil Action
No: 06-1701-RCL

RECEIVED
FEB 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion For Excusable Neglect

Pursuant to Fed. Rule 6(b) of Federal Rules of Civil Procedure, plaintiff request excusable neglect of not responding timely to the United States Motion to Dismiss the lawsuit in the matter of McCain vs United States of America, et, al. Motion was filed December 28, 06. As of today, plaintiff haven't received a copy of the Motion from the United States

at 1019 South 14th Street Chickasha, Ok, Nor his Forwarding address at 816 West Nevada, Chickasha, OK, 73018

Indication of proper notice of the plaintiff Change of address or relocation to 1019 South 14th Street, Chickasha, OK. Was abbreviated on the return address of the plaintiff response to the State Defendants Motion to Dismiss

Nevertheless, whether neglect was due to Misunderstanding, or United States Postal Service, Defendants have not been prejudice by such time overlapse in responding to the United State's Motion to Dismiss. Pioneer Investment Services Co. v. Brunswick Association Limited Partnership, ___ US ___, 113 S.Ct. 1489, 1496 (1993)(Footnoted omitted)

Zack McCain III
Phone # 405-224-0830
1019 South 14th Street
Chickasha, OK 73018

Notification of new address:

Zack McCain
1019 So 14th St
Chickasha, OK 73018

Phone: 405-221-0830

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Zack McCain III, et, al

Plaintiff's

vs.

United States of America, et, al

Defendant's

Civil Action
# 06-1701RCL

CERTIFICATE OF SERVICE

I, Zack McCain III, pursuant to Title 28 United States Codes, Section 1746, I Declare under penalty of perjury, that I sent a true and accurate copy of Motion for excusable neglect, to the following persons on this 28 day of ~~December~~ 2007

United States Attorney
555 4th Street, N.W.
Washington, D.C.
20530

Zack McCain
1019 S. 14th Street
Chickasha, Ok
73018