In the United States District Court for the District of Columbia

Zack McCain III, et al
Plaintiff

vs.

United States of America, et al
Defendants

Civil Action No: 06-1701 RCL

RECEIVED
FEB 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR Extension of Time

Plaintiff request for a extension of time to respond to the Federal Defendants Motion to Dismiss.

Zack McCain III
405 224-0830
1819 South 14th Street
Chickasha, OK 73018