UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACK MCCAIN, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-1701 (RCL) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

    Plaintiff has filed a motion for the appointment of counsel. Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). In making such a determination, the Court takes into account:

    (i)    the nature and complexity of the action;
    (ii)    the potential merit of the *pro se* party's claims;
    (iii)    the demonstrated inability of the *pro se* party to retain counsel by other means; and
    (iv)    the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Rule 83.11(b)(3).

    It is too early in the litigation to determine whether counsel should be appointed. Pending before the Court are defendants' motions to dismiss. Moreover, Plaintiff is not entitled as of right to counsel in a civil case. There are not enough members of the Civil Pro Bono Panel to appoint counsel in each case. Plaintiff has not demonstrated that he is unable to retain counsel on his own. At this time, the interest of justice do not support the appointment of counsel. Accordingly, it is

    **ORDERED** that Plaintiff's motion for the appointment of counsel [3] is **DENIED**

**without prejudice**.

        _____/s/_____
        ROYCE C. LAMBERTH
        United States District Judge

DATE: February 7, 2007