UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ZACK MCCAIN, III,                )
                                 )
        Plaintiff,                )
                                 )
v.                               )   Civil Action No. 06-1701 (RCL)
                                 )
UNITED STATES OF AMERICA, et al.,)
                                 )
        Defendants.              )

### ORDER

In accordance with the Memorandum Opinion issued this 16th day of April, 2007, it is

ORDERED that the defendants' motions to dismiss [9][13] are GRANTED. It is

FURTHER ORDERED that the case is DISMISSED.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

*[signature]*
ROYCE C. LAMBERTH
United States District Judge